# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07- |
| | : | |
| v. | : | VIOLATION:  18 U.S.C. § 201(b)(1)(A) |
| | : | (Offering and promising a |
| YAW OTENG-AGIPONG, | : | bribe to a public official) |
| | : | |
| Defendant. | : | |
| _____ | : | |

## INFORMATION

The United States Attorney informs the Court that:

1.  At all relevant times, defendant AGIPONG, a former employee of the District of Columbia Department of Consumer and Regulatory Affairs (hereinafter "DCRA"), was employed in a private capacity as a structural engineer.

2.  At all relevant times, an individual (hereinafter "DCRA employee") was a public official, that is, a District of Columbia employee working as a construction inspector with the DCRA with an office in Washington, D.C.  The DCRA employee's job responsibilities included the inspection of construction projects in the District of Columbia to insure that those projects complied with D.C. building regulations, codes and laws.

3.  At all relevant times, a limited liability corporation (hereinafter "the LLC") was engaged in a construction project in the 1100 block of 5th Street, N.W., Washington, D.C.

4.  On or about September 20, 2006, the LLC received a stop work order from the DCRA employee because it allegedly exceeded the scope of its building permit on the construction project discussed in paragraph 3, above.  The DCRA employee also imposed a $6,000 fine on the LLC for exceeding its permit.

5.  On or about September 21, 2006, in the District of Columbia, defendant AGIPONG, directly and indirectly, did corruptly offer and promise to give to a public official, the DCRA employee, something of value, that is, cash totaling approximately $2,000, with the intent to influence the DCRA employee in that employee's official acts, that is, to lift the stop work order and reduce the fine discussed in paragraph 4, above.

**(Offering and Promising a Bribe to a Public Official,
in Violation of Title 18, United States Code, Section 201(b)(1)(A))**

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR #  #498610


BY:    _____
DANIEL P. BUTLER
D.C. Bar # 417718
ASSISTANT U.S. ATTORNEY
555 Fourth Street, N.W., Room 5231
Washington, D.C.  20530
 (202) 353-9431
Daniel.Butler@USDOJ.Gov