UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
            v.                   :    Criminal Action No.: 07-34 (RMU)
                                 :
YAW OTENG-AGIPONG,               :
                                 :
            Defendant.           :

**ORDER**

It is this 12th day of February 2007,

**ORDERED** that the plea hearing in the above-captioned case scheduled for February 26, 2007 is hereby **VACATED** and **RESCHEDULED** for March 8, 2007 at 10:15 am.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

FILED
FEB 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT