United States District Court
for the District of Columbia

**FILED**

MAR 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**YAW OTENG-AGIPONG**

WAIVER OF INDICTMENT

Case Number: 07-0034 (RMU)

I, **YAW OTENG-AGIPONG**, the above named defendant, who is accused of **Offering and Promising a Bribe to a Public Official, Title 18, United States Code, Section 201(b)(1)(A),** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **March 8, 2007,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge