U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA     :

v.                           :

YAW OTENG-AGIPONG,           :     Case No. 07-034 (RMU)
DEFENDANT.                   :
                             :                    **FILED**
                             :                    MAR 8 - 2007
                  ORDER
                                        NANCY MAYER WHITTINGTON, CLERK
                                              U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __8TH__ day of __MARCH, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __TO BE DETERMINED__ by __FBI SA ANDREW MARC BENJAMIN__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __THE FBI WASHINGTON FIELD OFFICE__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA BENJAMIN__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)    RICARDO M. URBINA

DOJ USA-16-1-80

COURT