UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-034 (RMU) |
| | : | |
| YAW OTENG-AGIPONG, | : | |
| | : | |
| Defendant. | : | |

**FILED**
**MAY 3 0 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

On May 21, 2007, the defendant filed a motion to seal his sentencing memorandum. In support of this motion, the defendant indicates that this case has attracted media attention "and has been the subject of media coverage." Def.'s Mot. to Seal (May 21, 2007). The defendant indicates that his memorandum discloses "personal and heartfelt accounts" of his experience which "would be embarrassing to have broadcast in a public media forum." *Id.*

Though the court is sympathetic to the defendant's situation, in recent months much attention has been brought to the court system's practice of sealing documents and denying access to otherwise public information. This court only grants motions to seal, and thereby deprives the public of its right to know, under the most compelling of circumstances. *See generally, Wash. Post v. Robinson*, 935 F.2d 282, 290 (D.C. Cir. 1991) (noting that the presumption of public access can be overcome only if "closure serves a compelling interest").

The defendant's interests in having this information sanitized from public view does not in this circumstance outweigh the public's right to know. Accordingly, it is this 30th day of May, 2007 hereby

**ORDERED** that the defendant's motion to seal is **DENIED**.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge