HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Yaw Oteng-Agipong                    Docket No.: CR 07-034-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that _Yaw Oteng-Agipong_ having been sentenced, on June 14, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to _FCI Fairton SCP_, in _Fairton, NJ_ by 2 p.m., on _August 2, 2007_.

7/23/07
Date

RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER        DEFENDANT

Revised 6-2004