IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES of AMERICA | ) | |
| Plaintiff, | ) | Criminal No. 07-034 (RMU) |
| vs. | ) | |
|  | ) | Post-Sentencing |
| YAW OTENG-AGIPONG | ) | No date pending |
| Defendant. | ) | |
|  | ) | |

MOTION FOR TEMPORARY LEAVE
TO TRAVEL OUTSIDE THE UNITED STATES

Defendant Yaw Oteng-Agipong ("Mr. Agipong"), by and through his undersigned counsel, respectfully requests this Honorable Court to modify temporarily the terms of his supervised probation so that he may travel outside the United States to Ghana to be with his family for a 30-day period of time during June and July 2008.  In support of this request, Mr. Agipong states as follows:

After pleading guilty to solicitation of a bribe, this Court in June 2007 sentenced Mr. Agipong to 60 days incarceration followed by six months home detention, payment of a fine and supervised probation.

At this time, Mr. Agipong has completed his term of imprisonment and his home detention, and has paid his fine in full and on time.  Probation Officer Danny Thomas ("Ofc. Thomas") (Tel: 202/565-1374), who supervised Mr. Agipong's home detention, reported to counsel when asked for his input in preparation for this MOTION FOR TEMPORARY LEAVE that Mr. Agipong presented no problems on home detention,

completed all of his conditions to date, and has done very well. Ofc. Thomas said that he does no oppose Mr. Agipong's travel to Ghana to visit his family for 30 days.

Mr. Agipong is currently under supervised probation as the final phase of his sentence. He has satisfied all conditions of that probation to date. The Probation Office is currently holding Mr. Agipong's passport, which he will need to travel to Ghana.

WHEREFORE, for the reasons stated herein, Mr. Agipong requests permission to travel for a 30-day period of time during June-July 2008 to Ghana and for the temporary return of his passport for that purpose.

May 8, 2008                                          Respectfully submitted.

                                       By:      /s/
                                            Brigitte L. Adams (D.C. Bar #426034)
                                            *For Defendant Yaw Oteng-Agipong*
                                            2800 Wisconsin Ave., N.W. #208
                                            Washington, D.C.  20007
                                            (202) 363-8190 Tel


CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2008, a copy of the foregoing Motion for Temporary Leave to Travel Outside the United States was served on Daniel P. Butler, counsel for the United States of America at 555 4th Street, NW, Room 5231, Washington, D.C.  20530, by both mail and facsimile at (202) 307-2304.

                                              /s/
                                         Brigitte L. Adams

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES of AMERICA | ) | |
| Plaintiff, | ) | Criminal No. 07-034 (RMU) |
| vs. | ) | |
|  | ) | Post-Sentencing |
| YAW OTENG-AGIPONG | ) | No date pending |
| Defendant. | ) | |
|  | ) | |

ORDER

Upon consideration of defendant Yaw Oteng-Agipong's request for temporary leave to travel outside the United States to Ghana for 30 days during June-July 2008, and for temporary release of his passport for that purpose, it is this ____ of May 2008,

ORDERED, that Mr. Yaw Oteng-Agipong be allowed to travel to Ghana to visit family for a period of time not to exceed 30 days during June-July 2008, and it is further

ORDERED that the U.S. Probation Office shall release the passport of Mr. Yaw Oteng-Agipong to him for the purpose stated above, which passport shall be returned to the Probation Office promptly upon Mr. Agipong's return from travel.

_____                          _____
Date                                    Ricardo M. Urbina
                                        United States District Judge

Copies to:

Brigitte L. Adams, Esq.
*For Defendant Yaw Oteng-Agipong*
2800 Wisconsin Ave., N.W. #208
Washington, D.C. 20007

Daniel P. Butler, Esq.
*For the United States of America*
555 4th Street, NW, Room 5231
Washington, D.C. 20530