UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-034 (RMU) |
| | : | |
| v. | : | |
| | : | |
| YAW OTENG-AGIPONG, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TEMPORARY LEAVE TO TRAVEL OUTSIDE THE UNITED STATES (DKT. NO. 22)**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby submits in the above-referenced matter this response to defendant Yaw Oteng-Agipong's motion for temporary leave to travel outside the United States to his country of birth, Ghana. Dkt. No. 22. Defendant seeks to travel to be with his family for a 30-day period during June and July of 2008. Id.

Upon receipt of this motion, the undersigned attorney for the government made a telephone call to the Probation Officer, Danny Thomas. Mr. Thomas told the government attorney that he does not object to defendant's request. Accordingly, the government defers to the Court as to whether defendant's motion should be granted.

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number 498610

By:   / s /
DANIEL P. BUTLER, D.C. Bar #417718
Assistant U.S. Attorney
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@usdoj.gov