# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA )<br>Plaintiff, )<br>vs. )<br> )<br>YAW OTENG-AGIPONG )<br>Defendant. ) | Criminal No. 07-034 (RMU)<br><br>Post-Sentencing<br>No date pending<br><br>**FILED**<br>MAY 1 2 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of defendant Yaw Oteng-Agipong's request for temporary leave to travel outside the United States to Ghana for 30 days during June-July 2008, and for temporary release of his passport for that purpose, it is this 12 of May 2008,

ORDERED, that Mr. Yaw Oteng-Agipong be allowed to travel to Ghana to visit family for a period of time not to exceed 30 days during June-July 2008, and it is further

ORDERED that the U.S. Probation Office shall release the passport of Mr. Yaw Oteng-Agipong to him for the purpose stated above, which passport shall be returned to the Probation Office promptly upon Mr. Agipong's return from travel.

5/12/08
Date

_____
Ricardo M. Urbina
United States District Judge

Copies to:

Brigitte L. Adams, Esq.
*For Defendant Yaw Oteng-Agipong*
2800 Wisconsin Ave., N.W. #208
Washington, D.C. 20007

Daniel P. Butler, Esq.
*For the United States of America*
555 4th Street, NW, Room 5231
Washington, D.C. 20530